IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADAM CLARK, | CV 11-6027-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the filing of the Plaintiff's Unopposed Motion to Dismiss [12] and the Court granting the motion [14], this matter is hereby **DISMISSED** without prejudice and without costs or attorney fees to either party.

Dated this 25th day of July, 2011.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL